AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Mario Alberto ROCHA-Apdron<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 01, 2024__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about July 01, 2024 the defendant Mario Alberto ROCHA-Apdron was apprehended near Laredo, Texas. After a brief interview it was determined that, Mario Alberto ROCHA-Apdron was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Mario Alberto ROCHA-Apdron was previously REMOVED from the United States on 09/17/2004 at Brownsville, Texas. There is no record that Mario Alberto ROCHA-Apdron has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Michael Grant
*Complainant's signature*

Submitted by reliable electronic means per Fed.R.Crim.P. 4.1, Michael Grant sworn to and signature attested telephonically on July 3, 2024, at Laredo, Texas.

*Diana Song Quiroga*
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE